UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON MINK, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>MALCOLM S. GERALD & )<br>ASSOCIATES, INC., and PCA )<br>ACQUISITIONS V. LLC d/b/a/ )<br>PORTFOLIO ASSET GROUP, )<br>d/b/a ESTATE ASSET )<br>MANAGEMENT, )<br>)<br>DEFENDANTS. ) | Case No. 11-cv-04355 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by the Plaintiff and Defendant, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, according to the terms contained in the Settlement Agreement and Release executed between the parties herein.

Date: July 7, 2011

Matthew P. Prengaman
Attorney for Plaintiff
53 W. Jackson Blvd., Ste. 1625
Chicago, IL 60604
773-770-5074 (t)
773-672-7400 (f)

Date: July 7, 2011

David Stern
Malcolm S. Gerald & Associates, Inc.
332 S. Michigan Ave., Ste. 600
Chicago, IL 60604
312-922-6505 (t)